1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   100 Spear Street, Suite 600
3  San Francisco, California 94105
   Telephone:  (415) 357-4600
4  Facsimile:  (415) 357-4605

5  Attorneys for Defendant
   WAL-MART STORES, INC.
6
   BAILEY PINNEY PC
7  BONNIE R. MACFARLANE (State Bar No. 161526)
   720 Howe Ave., Suite 113
8  Sacramento, California 95825
   Telephone:  (800) 230-5528
9  Facsimile:  (800) 230-5866

10 Attorneys for Plaintiffs
   BARRY SMITH and MICHAEL WIGGINS
11
   MARLIN & SALZMAN
12 LOUIS M. MARLIN (State Bar No. 054053)
   STANLEY D. SALZMAN (State Bar No. 090058)
13 3200 El Camino Real, Suite 100
   Irvine, California 92602
14 Telephone:  (714) 669-4900
   Facsimile:  (714) 669-4750
15
   Attorneys for Plaintiffs and Proposed Plaintiff Class
16      In Case Number CV 06 05411 SBA (Ballard)

17 *Additional Counsel on Following Page

18                 UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21 BARRY SMITH and MICHAEL WIGGINS, individually, and on behalf of all others similarly situated,<br>22<br>23       Plaintiff,<br>24 vs.<br>25 WAL-MART STORES, INC., a Delaware Corporation and DOES One through Twenty-Five, inclusive,<br>26<br>27       Defendants. | Case No. C-06-02069 SBA<br>and CV-06-05411 SBA<br><br>**STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION** |

28
                                                                              1
   STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED
   MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
   Case No. C 06 02069 SBA and CV 06 05411 SBA

| | |
|---|---|
| 1 | DANTON BALLARD and |
| | NATHAN LYONS, individually and on |
| 2 | Behalf of all others similarly situated, |
| 3 | Plaintiffs, |
| 4 | vs. |
| 5 | WAL-MART STORES, INC., a Delaware Corporation; and DOES 1 through 20, inclusive, |
| 6 | |
| 7 | Defendants. |

## ADDITIONAL PLAINTIFFS' COUNSEL

**Smith vs. Wal-Mart**
C 06 020690 SBA

BAILEY PINNEY PC
A.E. "BUD" BAILEY (Washington State Bar No. 33917)
J. DANA PINNEY (Washington State Bar No. 33919)
1498 SE Tech Center Place, Suite 290
Vancouver, Washington 98683
Telephone: (360) 567-2551
Facsimile: (360) 567-3331

**Ballard vs. Wal-Mart**
CV 06 05411 SBA

SCHWARTZ, DANIELS & BRADLEY
ARNOLD W. SCHWARTZ (State Bar No. 63436)
MARCUS J. BRADLEY (State Bar No. 174156)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (310) 478-5838
Facsimile: (310) 478-1232

LAW OFFICES OF PETER M. HART
PETER M. HART (State Bar No. 198691)
13952 Bora Bora Way, F-320
Marina Del Rey, California 90292
Telephone: (310) 478-5789
Facsimile: (310) 561-6441

2

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No. C 06 02069 SBA and CV 06 05411 SBA

Plaintiffs Barry Smith, Michael Wiggins, Danton Ballard and Nathan Lyons (collectively the "Plaintiffs") and Defendant Wal-Mart Stores, Inc ("Defendant") (collectively "the Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, the action entitled *Barry Smith and Michael Wiggins v. Wal-Mart Stores, Inc*, Case No. CV 06-02069 SBA ("the Smith action") was referred to mediation through the Court's Alternative Dispute Resolution Program on or about September 14, 2006, and a mediator was appointed on or about October 13, 2006.

WHEREAS, the Court ordered the case of *Danton Ballard and Nathan Lyons v. Wal-Mart Stores, Inc*, Case No. CV 06-3790 ("the Ballard action"), related to the Smith action on or about September 28, 2006

WHEREAS, the Parties have elected to utilize private mediation with Mark Rudy in both the Smith and Ballard actions and have agreed to mediate these two related cases together.

WHEREAS, the Parties wish the Smith and Ballard cases be removed from the Court-sponsored mediation program and request referral to private mediation.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. That the Smith and Ballard actions be mediated together with the same mediator;

2. That the Smith and Ballard actions should be removed from the court-sponsored mediation program; and

2. That the Smith and Ballard action be referred to private mediation.

Dated: November 29, 2006

MARLIN & SALTZMAN ,

LOUIS M MARLIN
Attorneys for Plaintiffs
DANTON BALLARD and NATHAN LYONS

---

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No C 06 02069 SBA and CV 06 05411 SBA

3

1  Dated: November 29, 2006

BAILEY PINNEY PC

BONNIE R. MAC FARLANE
Attorneys for Plaintiffs
BARRY SMITH and MICHAEL WIGGINS

6  Dated: November 29, 2006

LAFAYETTE & KUMAGAI LLP

SUSAN T. KUMAGAI
Attorneys for Defendant
WAL-MART STORES, INC.

4

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED
MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No. C 06 02069 SBA and CV 06 05411 SBA

## ORDER

The foregoing stipulation having been entered, and good cause appearing, it is ORDERED that the related cases of *Barry Smith and Michael Wiggins v. Wal-Mart Stores, Inc.*, Case No. CV 06-02069 and *Danton Ballard and Nathan Lyons v. Wal-Mart Stores, Inc.*, Case No. CV 06-3790, be removed from the Court-sponsored mediation program and are referred to private mediation.

IT IS SO ORDERED.

DATE: __12-4_____, 2006        _____*Saundra B Armstrong*_____
                                    HONORABLE SAUNDRA B. ARMSTRONG
                                    UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on November 29, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI

STIPULATION AND ORDER TO REMOVE RELATED CASES FROM COURT-SPONSORED MEDIATION PROGRAM AND REFER TO PRIVATE MEDIATION
Case No. C 06 02069 SBA and CV 06 05411 SBA

5