UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re WAL-MART STORES, INC. WAGE AND HOUR LITIGATION _____ This Document Relates To: Case Nos. C06-2069 SBA (Smith) and C06-5411 SBA (Ballard) _____ | Nos. C06-2069 SBA (BZ) & C06-5411 SBA (BZ) **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

**IT IS HEREBY ORDERED** that a telephone conference to discuss the pending dispute is scheduled for **Friday, July 27, 2007 at 11:00 a.m.** Counsel for plaintiffs shall get counsel for defendants on the line and contact chambers at **415-522-4093**.

Dated: July 25, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\SMITH.WALMART.TELCONF.ORDER.wpd

1