1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | In Re WAL-MART STORES, INC. )
   | WAGE AND HOUR LITIGATION    )
12 |                             )         Nos. C06-2069 SBA (BZ) &
   | —————————————————————————   )              C06-5411 SBA (BZ)
13 |                             )
   | This Document Relates To:   )
14 |                             )         **THIRD DISCOVERY ORDER**
   | Case Nos.                   )
15 |                             )
   | C06-2069 SBA (Smith) and    )
16 | C06-5411 SBA (Ballard)      )
   |                             )
17 | —————————————————————————   )

18        **IT IS ORDERED** that defendant's request contained in its

19 letter dated August 1, 2007 is **GRANTED**.  Defendant shall file

20 its responses by **noon** on **Tuesday, August 7, 2007.**

21        **IT IS FURTHER ORDERED** that a telephone conference to

22 discuss these disputes is scheduled for **Thursday, August 9,**

23 **2007 at 3:00 p.m.**  Counsel for plaintiffs shall get counsel

24 for defendant on the line and call chambers at **415-522-4093.**

25 Dated: August 2, 2007

26

27        _____
                  Bernard Zimmerman
28         United States Magistrate Judge

G:\BZALL\-REFS\SMITH.WALMART\DISC3.ORDER.wpd

                              1